IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| FLORINE G. CLARK, | ) | Case No. 4:08CV00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that the Defendant's Motion to remand this action to the Commissioner for further proceedings be granted. This *Report* was filed on October 27, 2008, from which the parties had ten (10) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Defendant's Motion to remand this action for further proceedings under the fourth sentence of 42 U.S.C. § 405(g) is **GRANTED**.

The Clerk is directed to send a copy of this *Order* to counsel as well as to Magistrate Judge Crigler.

ENTERED this 14th day of November, 2008.

s/Jackson L. Kiser
Senior United States District Judge
